**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PORTO TECHNOLOGY CO., LTD | § | |
| | § | |
| v. | § | Case No. 2:15-CV-456-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § | |

**Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
March 10, 2016**

**OPEN:   9:00 am**                                                                                **ADJOURN:   12:10 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Richard Chen |
| COURT REPORTER: | Brenda Smith |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Hao Ni announced ready and introduced co-counsel.   Mike Jones announced ready for Apple, Samsung, LG and Motorola and introduced co-counsel   Chad Everingham announced ready for HTC America and introduced co-counsel.

Hao Ni requested that the rule be invoked.   Mike Jones read a list of the witnesses that will be called in this hearing.

Darin Snyder called Cecelia Son of LG.   The witness was sworn.   Mr. Snyder offered Defendants' Exhibit 4.   No objection.   Exhibit admitted.   Cross examination by Tim Wang.   Mr. Wang offered Plaintiff's Exhibit 1.   No objection.   Exhibit admitted.

David Almeling called Tanya Scott of Motorola.   Witness sworn.   Cross examination by Tim Wang.   Mr. Wang offered Plaintiff's Exhibit 2.   No objection.   Exhibit admitted.   Redirect by Mr. Almeling.

Fred Williams called Stephanie Bariault of HTC America.   Witness sworn.   Cross examination by Tim Wang.

Darin Snyder called Sean Diaz of Samsung.   Witness sworn.   Mr. Snyder offered Defendants'

Exhibit 6.   No objection.   Exhibit admitted.   Cross examination by Tim Wang.   Mr. Wang offered Plaintiff's Exhibit 4.   No objection.   Exhibit admitted.

Darin Snyder called Vikki Ku by video deposition.

Michael Jay called Michael Jaynes of Apple.   Witness sworn.   Cross examination by Tim Wang.   Mr. Wang offered Plaintiff's Exhibit 5.   No objection.   Exhibit admitted.

Michael Jay called Elliott Schwartz by video deposition.

Defendants' will submit the deposition of Heung-Soo Lee for the Court's consideration.

Mr. Jay moved to admit Defendants' Exhibit 16.   No objection.   Exhibit admitted.   The Court admitted Exhibits 1-17.